mencing in November, 1920. Defendant contended that plaintiffs in making the contract acted as agents for others and have no right to maintain the action in their own names, also that the goods tendered were defective and not in accordance with the terms of the contract.

*Louis Marshall, I. Henry Kutz, Hugo Hirsh, Emanuel Newman* and *Benjamin Reass* for appellant.

*Eugene W. Leake* and *Edward A. Craighill, Jr.*, for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE and ANDREWS, JJ.; HISCOCK, Ch. J., MCLAUGHLIN and LEHMAN, JJ., dissent, on the ground that purported market reports were improperly received as evidence of prices.

---

EBBA VEECK, Respondent, *v.* GUSTAV A. VEECK, Appellant.

*Husband and wife — former adjudication — action by wife to set aside separation agreement — defense of res adjudicata based upon findings and judgment in former action.*

*Veeck* v. *Veeck*, 215 App. Div. 705, affirmed.

(Submitted February 26, 1926; decided March 30, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 20, 1925, which affirmed an order of Special Term denying a motion by defendant for judgment on the pleadings. The action was brought to set aside a separation agreement between husband and wife on the ground that it did not make proper provision for the plaintiff according to the present means of the defendant. The defense of *res adjudicata* was based upon the findings and judgment in a previous action to set aside the same agreement. (See 237 N. Y. 555.)

The following question was certified: " Was the defendant entitled as a matter of law to judgment on the pleadings, dismissing the complaint? "

*Alexander J. Lindsay* and *Richmond J. Reese* for appellant.

*Milton R. Weinberger* and *William Klein* for respondent.

Order affirmed, with costs; question certified answered in the negative; no opinion.

Concur: CARDOZO, POUND, CRANE and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., McLAUGHLIN and ANDREWS, JJ.

---

ELVIRA SINCLAIR, Plaintiff, *v.* LYDIA M. PURDY, Individually and as Administratrix of the Estate of ELIJAH F. PURDY, Deceased, et al., Defendants; GUY W. DALY as Executor of JENNIE A. MAPES, Deceased, Appellant, and EDWIN G. COREY et al., as Executors of ELVIRA PURDY, Deceased, et al., Respondents.

*Contract — decedent's estate — insufficiency of evidence to establish contract to devise lands.*

*Sinclair* v. *Purdy*, 213 App. Div. 439, affirmed.

(Argued February 26, 1926; decided March 30, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 13, 1925, which modified an interlocutory judgment in an action of partition so as to direct a dismissal of a counterclaim of one of the defendants alleging that the owner of an undivided interest in the land in suit had contracted with said defendant to devise to her his interest in the lands in consideration of her permitting him to live with her for the rest of his life and praying for specific performance of said agreement. The Appellate Division held that there was no sufficient evidence of such a contract.

*Arthur H. Parkhurst* and *C. F. Swart* for appellant.

*George H. Corey* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.   Absent: CARDOZO, J.